# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **TIMOTHY P. BEGIN** | |
| **Plaintiff,** | |
| v. | CIVIL ACTION FILE NO. 1:12-cv-03643-ODE-ECS |
| **GC SERVICES LIMITED PARTNERSHIP,** | |
| **Defendant.** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), agree to the dismissal with prejudice of this action.

Respectfully submitted this 3rd day of September, 2013.

By: s/Steven H. Koval
   Steven H. Koval
   Georgia Bar No. 428905
   Attorney for Plaintiff

3575 Piedmont Road
15 Piedmont Center, Suite 120
Atlanta, GA  30305
Telephone:  (404) 513-6651
Facsimile: (404) 549-4654
E-mail:  SHKoval@aol.com

By**:** s/John H. Bedard, Jr.
   John H. Bedard, Jr.
   Georgia Bar No. 043473
   Attorney for Defendant

Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd., Suite D
Duluth, Georgia 30097
Phone: 678-253-1871ext. 244
Fax: 678-253-1873
E-mail: jbedard@bedardlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing Joint Stipulation of Dismissal with Prejudice by electronically filing this document with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to Defendant's attorney of records as follows:

    John H. Bedard, Jr., Esq.
    (jbedard@bedardlawgroup.com)

This 3rd day of September, 2013.

                                                         By:    **s/Steven H. Koval**
                                                                 Steven H. Koval
                                                                 Georgia Bar No. 428905

3575 Piedmont Road
15 Piedmont Center, Suite 1020
Atlanta, GA  30305
Telephone:  (404) 513-6651
Facsimile: (404) 549-4654
E-mail:  SHKoval@aol.com